Direct Telephone (901) 872-4599     **JOSEPH D. BARTON**     Direct Telecopier (901) 872-1799
Attorney at Law
6565 Highway 51 North
Millington, Tennessee 38053

Email address: dmjlegal@rittermail.com
Also admitted to the Georgia Bar

August 18, 2015

*VIA U.S. MAIL*

Mr. Ezekiel Loftin
1121 Harrison Street
Lynchberg, Virginia 24504

Re: The Lewis Family

Dear Mr. Loftin:

This firm has been retained by the Lewis family to investigate and consider legal action against you for making unwarranted and defamatory attacks against them and publishing such false information on the internet.

You have published willfully false and misleading comments about my client that are defamatory under applicable law.

Immediately cease and desist in publishing defamatory statements about my client and remove all defamatory material that you have posted on the internet about my client in all locations on the web and otherwise. Please note that this law firm does not attempt to restrict legitimate free speech. Your activities, however, unlawfully encroach upon my client's rights. Should you refuse to comply with our demands by August 19, 2015, we will have no choice but to recommend that our client consider all legal remedies available at law and equity.

This letter is your one and only chance to resolve this matter amicably. Additionally, please be aware that our law firm owns the copyright to this letter, and you are not authorized to publish this in any manner. Use of this letter in posting, in full or in part, will potentially subject you to further legal action.

Sincerely,

J.D. Barton

JDB/db

EXHIBIT A