Children's Book Printing - High quality of Hardcover Book Printing, Paperback Book Printing. | Read More » | Ad



# Zeke Loftin  2nd
Executive Vice President at Color Us Lucky LLC
Greater Memphis Area   Publishing

| | |
|---|---|
| Current | Twisted South Emporium, Twisted South Magazine, Twisted South Radio |
| Previous | Color Us Lucky LLC |
| Education | Greenbriar School |

**Connect**   **Send Zeke InMail** ▼

**500+** connections

https://www.linkedin.com/in/zekeloftin

Contact Info

**People Similar to Zeke**



Rebeca Seitz  3rd
Entertainment and Publishing Industry Execut...
Connect

**Ads By LinkedIn Members**


Children's Book Printing
High quality of Hardcover Book Printing, Paperback Book Printing.


MBA in Music Business
An SNHU & Berklee Online partnership. Affordable & 100% online. Apply now.


Thinking about an MBA?
Explore your Options with Loyola Marymount's Top-Ranked MBA Program!


Andy Ehrmantraut
General Manager at The Moviehouse and Eatery


Amelia White
Volunteer Coordinator/Visitor Experience Management at Discovery Center of Springfield

Kathryn Sano
Founder / Executive Director of The Music Business Network

Mary Jo Pritchett
Payroll & Accounting Manager at A.S. Barboro

Mary Jo Pritchett
Administrative at A.S. Barboro


Javier Ortiz
Executive Chef at Royal Oaks Country Club

Marla Rivera
Contract Administrator at Tree Care and Removal

## Background

### Summary

Founder and President, Twisted South LLC. CEO of Twisted South Magazine (TSM), Twisted South Radio(TSR), Twisted South TV (TWSTV). Twisted South Magazine was voted, "Best New Magazine of 2010," by Library Journal. Our creative and unique format allows artists, writers, photographers, film makers, musicians, etc., high visibility space to exhibit material that honors, 'southern culture.' We strive to preserve the uniqueness, diversity, authenticity and eccentricity of the American South. (UPDATE- 12-16-2012) Our award-winning; web-designers are actively redesigning our innovative, flash website into a non-flash, interactive, digital-community; fusing our film, magazine and radio departments into a single, multi-media source. The new http://www.twistedsouth.com will be a "creative machine." Launching in early 2013, we are recruiting and assembling our, "Southern Dream Team." Internships and potential partnerships available now. Yes, I really am the son in law of legendary rock and roller, Jerry Lee Lewis. It's a dangerous job but somebody has to do it. :) Just kidding! He is a very cool man and hasn't taken a shot at me yet. I also have extensive knowledge and helped teach and pioneer Supported Employment for individuals with disabilities. I also developed the first Safe Have Program to house the animals of domestic violence victims in Tennessee, secured the first grant for such in Tennessee and made the first arrest under the the state's tougher felony animal abuse laws. Won shelter of the year 1-800 save-a-pet, was featured on numerous television shows, magazines and newspapers. Was recognized internationally for my work with brown bears and moon bear rescue, as well as some of the highest profile rescues in the early 2000's and recognized by both the Humane Society of the United States, Animals Asia, Best Friends, ALF.

Specialties: Publisher, Creative Director, Writer, Radio/Film Production, Media Ring Master, Son In Law of, "Iconic rock legend," Jerry Lee Lewis.

Magazine shoot, (Twisted South at the Warwi...

**Courses related to Zeke's skills**


Writing to be Heard on LinkedIn
Viewers: 12,950


Creating EPUBs from a Word Document
Viewers: 3,615


Writing Headlines
Viewers: 11,651

### Experience

**CEO**
Twisted South Emporium
August 2015 – Present (1 year 6 months) | Lynchburg, Virginia Area

I am filling out the Twisted South brand and finally hitting my groove. What started out as a lark and ended up an award winning magazine is now becoming what it was really meant to be.

I am looking for products to carry the Twisted South brand from bourbon to blue jeans it just has to be high quality and a cut above.

EXHIBIT A

  

 Advanced

Home  Profile  My Network  Learning  Jobs  Interests    Business Services   Try Premium for free

Twisted South Magazine
January 2010 – Present (7 years 1 month) | lynchburg, va

CEO and Creator of a national hardcopy/digital magazine, Twisted South Magazine. Named, Library Journal's, "Best New Magazine 2010." Southern culture.

**How You're Connected**

 You

Alex Rasmussen

Ask Alex for an introduction ▸

See more connections in common

Zeke Loftin

Big Red

### Owner/Talent/Producer
Twisted South Radio
May 2010 – Present (6 years 9 months) | International, based in Lynchburg, Virginia.



Owner and online personality on Twisted South Radio a weekly internet radio show that receives up to 70,000 listeners per episode. Airs every weds. 9PM Eastern, 8PM Central, 7PM Mountain, 6PM Pacific. Features musicians, writers, poets, comedians and interesting people of the South. From Billy Bob Thornton to Elvis Presley's doctor there is never a dull moment.

### Creative Directo / Son In Law / Motorcycle Restoration Coordinator
Jerry Lee Lewis
February 2010 – Present (7 years) | Greater Memphis Area and North Mississippi

As you might imagine being the son in law of, "The Killer," is not always easy; but it is always interesting. I decided to add this as a, Title since people frequently introduce me as, "The Son in Law of Jerry Lee Lewis." I was the Creative Director of his website www.jerryleelewis.com but my wife and I turned it over recently to Steve Bing to manage. Out of all of my accomplishments in the Mental Health/Mental Retardation field, as an internationally known animal rescuer, or the publisher/creator of an award winning national magazine, etc. I am afraid they are all overshadowed due to simply being the son in law of a, "Rock & Roll Legend." I coordinated having his 59' Harley restored when I found it in a million pieces all over his garage floor and in boxes. Thanks to Topeka Harley for doing a museum quality restoration.

### Executive Vice President
Color Us Lucky LLC
2014 – July 2015 (1 year) | lynchburg, virginia area

I am part owner and Vice President of the largest Evel Knievel collection on earth. We are restoring Evel's original custom, double-trailered 70's Mack Truck, "Big Red," and using it to tour the largest Evel Knievel Collection on planet Earth. Booking events now. The truck after many failed attempts at restoration was propelled into a museum quality restoration by my friends at Topeka Harley and their associates. I will be selling my shares in this company to pursue my next project. (I sold all of my shares in this company.)

 Volunteer Experience & Causes

### Coach
Special Olympics Tennessee



 Honors & Awards

### Highest Placement of Individuals with Multiple Handicaps
Texas Rehabilitation Commission
July 1992

My company placed more individuals into employment than my top 10 closest competitors combined in the Houston District and highest overall in the State of Texas.

### Animal Rescue of the Year
1-800-save-apet

   
Friends, (who really deserve the most credit for Katrina,)

### Various Photography Awards
Various Contests, (professional and amateur level)
May 2009

One award I am particularly proud of but can not for the life of me remember the issuer. Best overall photo/edits and I was competing against some notable progessional photographers and simply got lucky. My wildlife photography has been published and is the area in whcih I feel I excel though my architectural photos won awards and my wildlife photography honorable mentions. I did not use telephoto lenses which makes my photos more extraordinary.... **more**

### # 1 Blog - (Major Social Networking Site) Life
Major Social Networking Site
January 2002

I had the number one Blog in LIFE for a while and found out by accident. This was due to spilling my heart about the hardships of animal rescue in a journal like format. Dates may be wrong but apparently this is a big deal, or rather was and the amount of people reading my blog for some reason went off the chart. I stopped when I was worried that getting so much attention might become dangerous to the domestic violence animals and lead the... **more**

### Favorite Non-Profit on Myspace (Second Place)
Myspace Non Profit
July 2004

This was quite an honor with high 6 digit voting numbers. But afterwards I refused to allow recognition/nominations in contests due to increasing security issues at the animal shelter.

### Additional Honors & Awards
Publisher - "Best New Magazine 2010, " -Library Journal
Horticultural - University of Tennessee
Coach Award -Special Olympics- (ARP) Cookeville, Tennessee

 **Publications**

**Twisted South Magazine**
Twisted South LLC
January 1, 2010

The essential, eccentric South!

▸ 11 authors, including:


Zeke Loftin — Steve Eckert
Executive Vice President at Color Us Lu...

Michael Buffalo Smith — Randy Fox

 **Languages**

**Spanglish**

 **Skills**

Top Skills

68 Magazines   

62 Entertainment

| | |
|---|---|
| 36 | Film |
| 35 | Radio |
| 29 | Editing |
| 28 | Television |
| 25 | Music |
| 24 | Publishing |



Zeke also knows about...

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 20 Writing | 19 Editorial | 18 Public Relations | 15 Journalism | 15 Web Content |
| 15 Social Networking | 14 Books | 14 Creative Writing | 12 Publicity | 12 Blogging |
| 11 Graphic Design | 11 Photography | 10 Online Marketing | 10 Storytelling |
| 10 Newspapers | See 25+ |

 Education

**Greenbriar School**
1975 – 1977

**Rust College**

**The University of Texas at Austin**



**University of North Texas**



Additional Info

- **Interests**

Gardening, old spooky houses like my own, driving fast, talking slow, food, my wife Phoebe, redbone coonhounds and my magazine. My father-in-law Jerry Lee Lewis' music, our old gray cat and owning the coolest magazine in the South. Twisted South Magazine is available quarterly in Branes and Noble, K-mart, CVS, Books A Milulon, throughout the United States. We are only one year old and were named top 10 magazines of 2010 by Library Journal Magazine. Twisted South Radio hosts some of the top roots music entertainers around and our amazing website is simply one of the most creative out there. Our new travel application will featurew the South in a unique way and help people travel cool! Like having a cool friend in every town. We are launching Austin first and it will be interactive for our travelers. We are now working to find business partners to license our branding. See us on facebook! People practice Southern culture around the world and we hope you will too. Stay Twisted!

- **Personal Details**

Marital Status    Married

 Organizations

Home   Profile   My Network   Learning   Jobs   Interests     Advanced     Business Services   Try Premium for free

## Recommendations
Given (3)



**HELENA C CARTA**
singer songwriter

" Helena was quick to donate her time, music and efforts to help me save Moon Bears in ASIA. Se was one of the people who cam in quick provided a song to raise money for Animals Asia and helped us meet and exceed our goals. True talent.

August 14, 2013, Zeke was with another company when working with HELENA C at www.myspace.com/helenaccarta



**Margo Baker**
Owner

" Margo is a sharp woman and efficient. Takes her brand and manages and markets her artists(s) well. Unknown Hinson has become a household name at least in the cool houses and her fingerprints are all over that successful venture. My highest recommendation from Twisted South Magazine, Radio and soon to be TV and southern travel app, Twisted South on the Road for I devices.... **more**

October 27, 2011, Zeke was with another company when working with Margo at Baker Arts and Unknown Hinson LLC



**Dawn Robinson**
Head of Global Marketing and Media

" Dawn came on to us well recommended by various people in the publishing, music and fashion fields. She coordinated the entire travel, shoot and marketing for three major lines working with our magazine including Frankie B. Jeans, Holmes Swimwear and Junker Designs. The shoot encompassed the cover, fashion, travel and attractions. Dawn worked with those in the fashion... **more**

July 19, 2011, Zeke was Dawn's client

## Connections
Shared (2)

  Alex Rasmussen  1st
Co-Founder/ CEO at Neon Canvas

  Nicholas Aiello  1st
Business Development at FRONTLINE ...

## Groups


The Freelance Writer...
39,269 members
Join


Independent Recordi...
57,415 members
Join


Musicians, Singers, ...
54,775 members
Join


PLACEMENT OF ORI...
19,952 members
Join


Niche Media Network
2,260 members
Join


Writers & Authors
26,407 members
Join


Opportunities for Mu...
62,217 members
Join

See 6 more

## Following

## Influencers



**Richard Branson**
Founder at Virgin...
Follow


**Tim Ferriss**
Bestselling author,...
Follow


**Gary Vaynerchuk**
CEO of VaynerMedia,...
Follow


**Michael Moritz**
Partner, Sequoia...
Follow


**Shara Senderoff**
Founder & CEO at...
Follow


**Tony Hsieh**
CEO at Zappos.com
Follow


**Brian Solis**
Principal Analyst,...
Follow

See 5 more

## News


**Social Media**
15,304,908 followers
Follow


**Marketing & Advertis...**
13,661,514 followers
Follow


**Pulse**
1,429,522 followers
Following

## Companies


**Harvey Design Land ...**
Architecture & Planning
Follow


**Perry Pools & Spas**
Retail
Follow


**Bonnier Corporation**
Publishing
Follow


**Schewel Furniture C...**
Furniture
Follow


**Bowen Jewelry Com...**
Luxury Goods & Jewelry
Follow


**The University of Tex...**
Higher Education
Follow


**Custom Structures Inc.**
Architecture & Planning
Follow

See 30 more

## Schools


**University of North T...**
Dallas/Fort Worth Area
Follow


**Rust College**
Greater Memphis Area
Follow


**The University of Tex...**
Austin, Texas Area
Follow

Help Center   About   Careers   Advertising   Talent Solutions   Sales Solutions   Small Business   Mobile   Language   **Upgrade Your Account**
LinkedIn Corporation © 2017   User Agreement   Privacy Policy   Ad Choices   Community Guidelines   Cookie Policy   Copyright Policy   Send Feedback