
**David Gouge** Jerry has always seemed the way he seems here in this interview to me. Any interview I have ever watched or read from any decade...he has always seemed stand off-ish on certain personal subjects of his past, or scandal questions. He has always seemed t... See More

Like · Reply · 👍 1 · 13 August at 14:02


**Ezekiel Asa Loftin XII** I assure you this is not about money for us. This is not about me. It is about a man being taken advantage of. This is not a new situation for Jerry but the person dispensing medication may have more power than you think. Jerry has never been afraid to talk about his past wives though at times he may be mad at one and not eager to be overly nice to them. He also was very complimentary of Elvis saying they were not enemies and even friends to some degree. Phoebe said he has been on many an Elvis rant and the catalyst is not one that this man should even be dealing with at this stage of his life. Trust me when I tell you that though Jerry should be more aggressive in righting some wrongs he is not even aware of what she does behind his back and probably does not care as long as she is providing him with the things he needs. He watches a lot of TV and after this rant oddly enough he finally answered the phone when Phoebe called. A coincidence? Not on your life. Now that being said I am unfortunately unable to tell you all I know but the truth will come out and if not today tomorrow and if not this month next month and if all else fails the whole world will one day have it in their face and it will not be pretty. She has done so much to hurt his image during their short marriage and it took Phoebe a lot of fighting to help him out of his last marriage which required 24 hour armed guards stationed in the living room. It is very sad that his supposed son turned out to be, not his and that Judith seems to be indicating the DNA tests were wrong. They are pretty exact tests. But Jerry might well want to believe what he is being told and I understand that but it does not make the people doing that anything but manipulators.

Like · Reply · 👍 5 · 13 August at 21:27


**Ezekiel Asa Loftin XII** If I did not have to see my wife crying they could all go to hell but that does affect me and hurting my wife is a dangerous occupation.

Like · Reply · 👍 2 · 13 August at 21:28

↳  Candace Tsarnas replied · 2 Replies

 **Ezekiel Asa Loftin XII** If I did not have to see my wife crying they could all go to hell but that does affect me and hurting my wife is a dangerous occupation.
Like · Reply · 👍 2 · 13 August at 21:28

 **David Gouge** I am 100% on you and Phoebe's side Zeke. I don't know the two of you personally, but look up to you both and love following you on facebook. I feel bad for the situation going on, it's sad 😢. I pray that it all works out. I can tell you are a good gu... See More
Like · Reply · 13 August at 21:46 · Edited

 **Candace Tsarnas** This is such a sad situation..happens in so many families.. I would like to see the list of meds that she is giving him. I wish an investigation could be done. When I heard the JLL 3 (LOL) is "managing" Cafe on Beale St. I about got sick. Blessings to yourself and Phoebe.
Like · Reply · 15 August at 05:33

Carolyn Rose Let's fix her up with my brother! Satan meets minion. Woohoo! Buy your tickets now.
Like · Reply · 11 August at 16:35

 Ezekiel Asa Loftin XII BTW, Jerry has been openly talking about his wives for decades.
Like · Reply · 👍 2 · 11 August at 16:37

 Carolyn Rose Sounds like she is doing most of the taLking now.
Like · Reply · 13 August at 23:33

 Write a reply...

Nancy Apple I am so sorry that yet again, hell has reared it's ugly head... please tell Pheeeebs I love and miss her
Like · Reply · 11 August at 17:21

Robert Senerchia This big old Italian guy from Rhode Island has been right from day one!
Like · Reply · 👍 1 · 11 August at 19:07

Jeffrey Prater All I can say in my opinion this woman whom claims to be a Christian has not read her Bible. The Bible says not to sue. Why does she get a pass? I'm just curious. When she threatens people that is basically a way of bullying". I'm not afraid of her no... See More
Like · Reply · 13 August at 05:51

↳  Nancy Apple replied · 1 Reply

David Gouge Jerry has always seemed the way he seems here in this interview to me. Any interview I have ever watched or read from any decade...he has

 Lesley LaRoe This is so tragic, Zeke. Money can bring out the worst in those who don't earn it so they can swindle those that did. I wish you and Phoebe well, and I hope the vultures get their due.
Like Reply

 Ezekiel Asa Loftin XII One day there will be an investigation and it will all come out. Unfortunately, due to the unwillingness of a state to enforce the law it will take a tragedy to bring about the ugly, ugly truth and that is something the Presley family can more than likely empathize with and hopefully forgive some words that were in my opinion said under the shadow of various negative influences.
Like

 Ezekiel Asa Loftin XII Since the press is getting dosed with bullshit, I am spreading the manure a bit from my end
Like Reply 2

 Victoria Farrington try not to let them get you and your Phoebe down
Like Reply 2

 Tony Papard It was very sad Phoebe was not mentioned, and Kerrie's son and grandson were. Phoebe did so much for her dad. Also, as you've mentioned before, there seems to have been another wife. Whether legal or not.
Like Reply 2

 Ezekiel Asa Loftin XII Now we know she tells the press not to ask or mention certain people and things. What a sad, old, trashy woman.
Like 2

 Ezekiel Asa Loftin XII The mention in the article is not important to Phoebe. The fact that Judith is/has been on a manic mission to destroy her relationship with her father and manipulating fans and press prior to Jerry even entering a room is really, really sad. Judith s o See More
Like 2

 Tony Papard Jerry Lee's a great performer but his personal life, like that of so many other celebrities, leaves a lot to be desired. Not all fans think he can do no wrong. He has also been incredibly lucky not to seriously fall foul of the law on several occasions. I won't go into details here though
Like 1

 Ezekiel Asa Loftin XII Jeffrey Prater thank you for seeing the Emperor had no clothes and saying so. And Tony Papard the supposed minority of longtime fans who have enabled this by allowing that woman to use them in exchange for access are as guilty as anyone else for anything that happens and have notched



Sunday at 10:03 AM · Like · Reply



**Carolyn Rose**
So sad and makes me want to throw up in my mouth! I know you want to knock some teeth into the need state.

Sunday at 8:17 PM · Like · Reply



**Ezekiel Asa Loftin XII**
It is just all so unthinkable I do not think Steven King could have thought this up.

Yesterday at 8:47 AM · Like · 👍 1 · Reply



**Carolyn Rose**
**Ezekiel Asa Loftin XII** , Really I do understand how you and Phoebe feel. I've had my own horror story to deal with too.
So, write that book.

Yesterday at 10:36 PM · Like · Reply



Write a reply...



**Robert Senerchia**
I feel so bad for my dear friend Jerry Lee Lewis all because of a Bitch!!

Tuesday at 1:12 PM · Like · Reply



**Ezekiel Asa Loftin XII**
I am mad at him but I know drugs played a huge part in this. She was his caregiver and


Write a comment...





 19

**View previous comments...**


**Chelle Rose**
hugs pheebs.. the vulchers descended.. such a shame. my heart goes out to you. miss ya'll
Sunday at 1:23 AM · Like ·  1 · Reply

    **Ezekiel Asa Loftin XII**
    They have descended and are ripping flesh, swallowing bone and all.
    Yesterday at 8:48 AM · Like · Reply

     Write a reply...


**Ron Bailey**
Sad
Sunday at 10:08 AM · Like · Reply


**Carolyn Rose**
So sad and makes me want to throw up in my mouth! I know you want to knock some teeth into the need state.
Sunday at 8:17 PM · Like · Reply

    **Ezekiel Asa Loftin XII**
    It is just all so unthinkable I do not think Steven King could have thought this up.


 Write a comment... 



keeps him in the dark and feeds him shit". It is obvious at this point the drugs and constant manipulation has taken it's toll on the man and he has completely lost any grasp he had on reality. And these predators are taking full advantage of the fact that law enforcement and adult protective services did not and are not doing their job with due diligence.



**Jerry Lee Lewis sells Mason jars, bottle caps and Rolls at estate sale**
dailymail.co.uk

👍 Like   💬 Comment   ➤ Share

👍😢 9



📷 Write a comment...

Jerry pills and keeping him locked away from reality. She has convinced Jerry that Phoebe took some retirement money from him when Judith pried a safe out of a wall and took Phoebe's jewelry and cash from her bedroom which belonged to Jerry and Phoebe. Phoebe never got her money and Judith told Jerry that Phoebe, "stole his money," when the truth is the only person who knows what happened to that money is Judith who flies through it like a wildfire and now has sold most of Jerry's valuables and vehicles and is down to selling Tupperware and bottle caps touched by The Killer. Elder abuse! And that bastard child Jerry Lee Lewis III is right there selling it. When his mother (JLLIII's mom, Kerrie-the wife before this train wreck, another train wreck,) decided to sell Jerry and Phoebe's stuff she had stolen after the statute of limitations to be prosecuted for theft was up at another garage sale about 5 years ago Jerry Lee Lewis III let me know his mom was about to sell the stuff she had stolen from Phoebe if I wanted to go buy it back at her yard sale. Can you believe these people? They should burn in hell!

When a longtime employee was fired by Judith he stated. "Judith keeps Jerry Lee like a mushroom. She keeps him in the dark and feeds him shit". It is obvious

## WHITE TRASH GARAGE SALE BY PARASITICAL GROUP DOPING AND ABUSING OLD MAN

Jerry probably had no idea the sale was even going on. This is the ultimate White Trash Parasite sale. After taking all of Phoebe's jewelry stored at the house Judith was told by Jerry Lee, to send back the one ring he bought her for her 16th birthday after Phoebe called her daddy intears on the phone and telling him Judith had taken everything she had. The ring had been resized so huge by Judith it looked like a big toe ring and just fell right off of Phoebe's hand. Jerry Lee Lewis III who was found to NOT be Jerry Lee Lewis's biological child by a DNA test performed during his divorce yet he clais to be his biological child. Now that horrible woman who is claiming to b Jerry Lee Lewis's daughter has been brought into the circle by Judith. You know the child (now grown) whose mother never got her a DNA test because she knew Lori was not his child. Now Judith is telling Jerry and everyone Lori is his biological child and that is bullshit. Remember Lori Lee, who the judge called a, "walking zombie," after she got so doped up she rolled over on her own baby and smothered it to death. Now she is in the house with the rest of that trash feeding Jerry pills and keeping him locked away from reality



**Lesley LaRoe**
Parasites. So sorry for Phoebe. She was by his side for so many years...

Saturday at 4:22 PM · Like · Reply



**Ezekiel Asa Loftin XII**
Yes and though Phoebe hired Rick Bragg to do Jerry's autobiography Judith threatened to kill the project if any photos of Phoebe were included in the book and being his only biological child, manager for over 10 years, there is not one photo of her in the book! Judith always comes out of that bedroom that was equipped with baby montiors for her to listen in saying, "jerry Said." She has told Jerry so many awful horrible things about Phoebe that are simply untrue but the truth is he could have figured out what type of people he has surrounded himself with.

Yesterday at 1:02 PM · Like · Reply



**Ezekiel Asa Loftin XII**
To turn wrongfully against one's own child? What exactly would/could make a man do that? I actually know the answer to that.

Yesterday at 1:03 PM · Like · Reply

 Write a reply...

 Write a comment... 





**Ezekiel Asa Loftin XII**
1 min

If any member of the Lewis family (by marriage most likely,) has demanded you give up your rights to post your opinion or threatened you with legal action for doing so please write me privately. It is illegal for people to undermine your right to freedom of speech. I do feel strongly about this. I will let them screw with me a bit but draw the line at people threatening my friends for expressing their rights to free speech.

Like    Comment    Share

 **Carolyn Rose** So you and Phoebe tell. Judith to blazes.
Like · Reply · 👍 1 · 10 August at 15:59

 **Roger Dale Snyder** Who's Judith again
Like · Reply · 👍 1 · 10 August at 19:57

↪  Roger Dale Snyder replied · 2 Replies

 **Ezekiel Asa Loftin XII** This comment says it all. Only the mentally challenged or delusional could not come to the conclusion that she is Satan and he is in hell and doesn't know it. Look up the definition of "grifter."
Like · Reply · 👍 3 · 11 August at 15:54

 **Ezekiel Asa Loftin XII** Now she is threatening to sue my friends. Yeah Judith lets get you in front of a judge, OH PLEASE!!!!!!!
Like · Reply · 👍 1 · 11 August at 16:02

 **Roger Dale Snyder** She threatened me which I didn't care about But when she said she'd fk with you Zeke I folded and deleted my post
Like · Reply · 11 August at 16:27

 **Ezekiel Asa Loftin XII** This is how she keeps up her charade. She is not even a friend on my page does that tell you anything about how she plots, plans and manipulates.
Like · Reply · 11 August at 16:31

 **Roger Dale Snyder** I went to her fb page and Bocked her but a C like her probably has many names and fb pages
Like · Reply · 11 August at 16:35

 **Ezekiel Asa Loftin XII** Yes she has her little minions. Just preface your statements with "In my opinion..." and she can't do shit, not that she really wants to open the real can of worms anyway.
Like · Reply · 11 August at 16:36

 **Roger Dale Snyder** I suggested a investigation by the proper authorities look into possible abuse by those in charge of his physical and mental wellbeing.
Like · Reply · 11 August at 16:40

 **Susan Michelle** I'm sure the judge will be happy about wasting the courts time . You sure do attract the nuts ..these people don't even deserve your time
Like · Reply · 12 August at 02:53



 **Ezekiel Asa Loftin XII** And yes she has people copying my facebook posts. "Poppies make you sleepy." - The Wicked Witch in the Wizard of Oz."
Like · Reply · 11 August at 16:12

 **Ezekiel Asa Loftin XII** Don't let her make you a flying monkey. Stick to your guns. Please.
Like · Reply · 👍 2 · 11 August at 16:12

 **Ezekiel Asa Loftin XII** I am going to sue her if she continues to harass my friends. This is America and I have a right to tell the truth as do others. The very fact that she is texting/calling people is enough to show you where her head is at. I hope the Presley's sue her!
Like · Reply · 👍 3 · 11 August at 16:29

 **Ezekiel Asa Loftin XII** I sent this to Priscilla. This is not a hidden blog. I made it public because he is a public figure and she has made herself one. If she wants to sue go look at what people are saying about her in the comments in that article. Is she going to sue 100's of people?
Like  Reply · 👍 1 · 11 August at 16:56

 **Carolyn Rose** Let's fix her up with my brother! Satan meets minion. Woohoo! Buy your tickets now.
Like · Reply · 11 August at 16:35

 **Ezekiel Asa Loftin XII** BTW, Jerry has been openly talking about his wives for decades.
Like · Reply · 👍 2 · 11 August at 16:37


**David Gouge** Jerry has always seemed the way he seems here in this interview to me. Any interview I have ever watched or read from any decade...he has always seemed stand off-ish on certain personal subjects of his past, or scandal questions. He has always seemed t... See More

Like · Reply · 👍 1 · 13 August at 14:02


**Ezekiel Asa Loftin XII** I assure you this is not about money for us. This is not about me. It is about a man being taken advantage of. This is not a new situation for Jerry but the person dispensing medication may have more power than you think. Jerry has never been afraid to talk about his past wives though at times he may be mad at one and not eager to be overly nice to them. He also was very complimentary of Elvis saying they were not enemies and even friends to some degree. Phoebe said he has been on many an Elvis rant and the catalyst is not one that this man should even be dealing with at this stage of his life. Trust me when I tell you that though Jerry should be more aggressive in righting some wrongs he is not even aware of what she does behind his back and probably does not care as long as she is providing him with the things he needs. He watches a lot of TV and after this rant oddly enough he finally answered the phone when Phoebe called. A coincidence? Not on your life. Now that being said I am unfortunately unable to tell you all I know but the truth will come out and if not today tomorrow and if not this month next month and if all else fails the whole world will one day have it in their face and it will not be pretty. She has done so much to hurt his image during their short marriage and it took Phoebe a lot of fighting to help him out of his last marriage which required 24 hour armed guards stationed in the living room. It is very sad that his supposed son turned out to be, not his and that Judith seems to be indicating the DNA tests were wrong. They are pretty exact tests. But Jerry might well want to believe what he is being told and I understand that but it does not make the people doing that anything but manipulators.

Like · Reply · 👍 5 · 13 August at 21:27


**Ezekiel Asa Loftin XII** If I did not have to see my wife crying they could all go to hell but that does affect me and hurting my wife is a dangerous occupation.

Like · Reply · 👍 2 · 13 August at 21:28

↳  Candace Tsarnas replied · 2 Replies

 **Ezekiel Asa Loftin XII** If I did not have to see my wife crying they could all go to hell but does affect me and hurting my wife is a dangerous occupation.
Like · Reply · 👍 2 · 13 August at 21:28

 **David Gouge** I am 100% on you and Phoebe's side Zeke. I don't know the two of you personally, but look up to you both and love following you on facebook. I feel bad for the situation going on, it's sad 😟. I pray that it all works out. I can tell you are a good gu... See More
Like · Reply · 13 August at 21:46 · Edited

 **Candace Tsarnas** This is such a sad situation..happens in so many families.. I would like to see the list of meds that she is giving him. I wish an investigation could be done. When I heard the JLL 3 (LOL) is "managing" Cafe on Beale St. I about got sick. Blessings to yourself and Phoebe.
Like · Reply · 15 August at 05:33

 **Carolyn Rose** Let's fix her up with my brother! Satan meets minion. Woohoo! Buy your tickets now.
Like · Reply · 11 August at 16:35

 **Ezekiel Asa Loftin XII** BTW, Jerry has been openly talking about his wives for decades.
Like · Reply · 👍 2 · 11 August at 16:37

 **Carolyn Rose** Sounds like she is doing most of the taLking now.
Like · Reply · 13 August at 23:33

 Write a reply...

 **Nancy Apple** I am so sorry that yet again, hell has reared it's ugly head... please tell Pheeeebs I love and miss her
Like · Reply · 11 August at 17:21

 **Robert Senerchia** This big old Italian guy from Rhode Island has been right from day one!
Like · Reply · 👍 1 · 11 August at 19:07

 **Jeffrey Prater** All I can say in my opinion this woman whom claims to be a Christian has not read her Bible. The Bible says not to sue. Why does she get a pass? I'm just curious. When she threatens people that is basically a way of "bullying". I'm not afraid of her no... See More
Like · Reply · 13 August at 05:51

 Nancy Apple replied · 1 Reply

 **David Gouge** Jerry has always seemed the way he seems here in this interview to me. Any interview I have ever watched or read from any decade...he has always seemed stand off-ish on certain personal subjects of his past, or scandal questions. He has always seemed t... See More
Like · Reply · 👍 1 · 13 August at 14:02