**Carolyn Rose** Let's fix her up with my brother! Satan meets minion. Woohoo! Buy your tickets now.
Like · Reply · 11 August at 16:35

 **Ezekiel Asa Loftin XII** BTW, Jerry has been openly talking about his wives for decades.
Like · Reply · 👍 2 · 11 August at 16:37

 **Carolyn Rose** Sounds like she is doing most of the taLking now.
Like · Reply · 13 August at 23:33

 Write a reply...

 **Nancy Apple** I am so sorry that yet again, hell has reared it's ugly head... please tell Pheeeebs I love and miss her
Like · Reply · 11 August at 17:21

 **Robert Senerchia** This big old Italian guy from Rhode Island has been right from day one!
Like · Reply · 👍 1 · 11 August at 19:07

 **Jeffrey Prater** All I can say in my opinion this woman whom claims to be a Christian has not read her Bible. The Bible says not to sue. Why does she get a pass? I'm just curious. When she threatens people that is basically a way of "bullying". I'm not afraid of her no... See More
Like · Reply · 13 August at 05:51

  Nancy Apple replied · 1 Reply

 **David Gouge** Jerry has always seemed the way he seems here in this interview to me. Any interview I have ever watched or read from any decade...he has always seemed stand off-ish on certain personal subjects of his past, or scandal questions. He has always seemed t... See More
Like · Reply · 👍 1 · 13 August at 14:02



EXHIBIT C



# Nancy Apple

Message | Follow | Add Friend

Timeline | About | Friends | Photos | More ▼

DO YOU KNOW NANCY?

To see what she shares with friends, send her a friend request.

Intro

I sing and write songs.... I play guitar, drums, accordion & harmonica. I am a Memphis Musician.

- Singer at Backbeat Tours
- DJing at WEVL
- Self-Employed
- Singer-songwriter at Singer/Songwriter
- Former VJ at DittyTV
- Studied at University of Memphis
- Went to Nike O. Kittrick High School
- Lives in Memphis, Tennessee
- In a domestic partnership with Aaron James

Nancy Apple — ABC News video

Damn it - Sonic will start expecting all their employees to show out once this gets around!!!!



# Chelle Rose

Timeline | About | Friends | Photos | More ▼

🔊 Follow | ✉ Message | ➕ Add Friend

Follow Chelle to get her public posts in your News Feed.

🔊 Follow

## Intro

Blue Ridge Blood produced by George Reiff https://itunes.apple.com/us/artist/chelle-rose/id521215430

Works at APPALACHIAN ROCK N ROLL

Engaged to Johnathon Hamilton

**Chelle Rose**
Yesterday at 1:58pm

FB peeps can listen to 'Blue Ridge Blood' by Chelle Rose on this Rolling Stone link. http://www.rollingstone.com/.../hear-chelle-roses-defiant-blu...

The album is available on iTunes, Amazon as well as all online outlets. Physical copies available on chellerose.com. You can request personalized, autographed copies when ordering in the

 Ezekiel Asa Loftin XII

👍 😢 😮 19

View previous comments...

**Chelle Rose**
hugs pheebs.. the vulchers descended.. such a shame. my heart goes out to you. miss ya'll
Sunday at 10:03 AM · Like · 👍 1 · Reply

**Ezekiel Asa Loftin XII**
They have descended and are ripping flesh, swallowing bone and all.
Yesterday at 8:46 AM · Like · Reply

Write a reply...

**Ron Bailey**
Sad
Sunday at 10:06 AM · Like · Reply

**Carolyn Rose**
So sad and makes me want to throw up in my mouth! I know you want to knock some teeth into the need state.
Sunday at 3:17 PM · Like · Reply

**Ezekiel Asa Loftin XII**
It is just all so unthinkable I do not think Steven King could have thought this up.

Write a comment...



TWEETS
**7,339**

FOLLOWING  FOLLOWERS  LIKES

☆  ♣+ Follow

## Tweets

🔁 Chelle Rose Retweeted

**Cary Baker/conqueroo** Conqueroo · Feb 5
on Chart 1/30: #18
; #33 ; #34
'Highway Prayer'

🔁 Chelle Rose Retweeted

**Alan** TX Gaffer · Feb 5
Let's bring it...Heck, I know you will bring it and then some...

# Chelle Rose
@ChelleRoseMusic

'Blue Ridge Blood' | 2016 | Produced by George Reiff
| Insta chellerose31

📍 Nashville
🔗
📅 Joined April 2009