

**Ezekiel Asa Loftin XII**

What a crock of shit. I stand behind every word I have ever said. The only Lewis blood in that house is Jerry Lee Lewis himself. We have not been sued. This is all about that DNA failing lard ass and that hag, oh and the girl who was so high on SOMA she rolled over on her baby and smothered the infant. And that horrible woman who wheeled him to the alter in a wheelchair. Do I sound like I am apologizing nope and let me tell you this. I look forward to the day I do ACTUALLY get sued by those people I will countersue their asses off and expose the most horrible story I have ever seen. And I had a lot more fame BEFORE I met Jerry Lee Lewis. Unlike the rest if these turds.



**Jerry Lee Lewis sues his son-in-law for $1million over Facebook posts**
Singer Jerry Lee Lewis and his family filed a lawsuit against...

EXHIBIT E