**Zeke Loftin**
@ZekeLoftin

Follow

The Killer's daughter and I now have dueling CTS's. My truck finally blew up. Rip my sweet truck.



LIKE
1

8:38 AM - 3 Jun 2013

1

 Reply to @ZekeLoftin

EXHIBIT H

1/23/17 7:13 P