must them alive . The best opals i have ever seen !!! So so happy and so highly recommended this gorgeous shop !!! You would never ever disappointed !!!

 ITEM RESERVED. Welo Opal With Fossilized Plant Material Inclusion 2.71 ct Flash Color Yellow Violet Blue Green Pink Ethiopia

## About

Our Breakfast Nook, my favorite place to work. It looks like a bomb went off by the end of the day.

**Unique shop created to liquidate overflow from an eccentric couple's extensive, private collection.**

Phoebe and Zeke met when his magazine Twisted South was doing a cover story on her father, entertainer Jerry Lee Lewis. They live in a French Second Empire mansion on a high hill overlooking historic Downtown Lynchburg. Both lifelong collectors, they are emptying a warehouse full of beautiful and unusual things that the two collected (or were gifted) over a combined period of 70 + years. High End Hoarders!

♡ Favorite shop (30)             Tweet 

♡ Favorite shop (30)

**Around the web**
Facebook
Website
Blog
**Shop members**

 **Ezekiel Asa Loftin XII**
Owner, Curator Of The Twisted South Collection

Zeke Loftin – Elusive, reclusive, eccentric owner of Twisted South LLC, (Twisted South Magazine and Radio,) published writer, photographer, director (art/fashion/video), publisher, jewelry designer, artist, radio producer, animal rescuer, husband of Phoebe Lewis-Loftin XII. They have historic homes in Memphis and Texas but live primarily in their 1875 French Second Empire mansion on a hill high above downtown Lynchburg, Virginia. They are devout animal lovers. He is the 12th, in the line of Ezekiel Asa Loftin's born in America.

 **Phoebe Lewis - Loftin XII**
Owner

Phoebe Lewis – Loftin XII – Phoebe managed her father (entertainer, Jerry Lee Lewis,) which included extensive touring through Europe, South America, Russia and the Middle East. She loves anything French. During these travels both domestic / abroad she accumulated numerous gifts and purchased things she loved, from around the world. Like her husband she is an avid collector. She is also, very reclusive and hangs out with her dogs. She enjoys the beautiful gardens surrounding Twisted South that were designed by her husband as an annual gift that changes with the seasons. She has traveled the world extensively and is true Rock & Roll royalty.

 **Topaz Jr.**

EXHIBIT J


Grumpy Old Man

Ill tempered, grouchy Chihuahua that is nearly as old as Methuselah. Featured often in major magazines and referred to in the Jerry Lee Lewis biography and numerous interviews, by author Rick Bragg. "These days the most dangerous resident at Mr. Lewis' north Mississippi home is a Chihuahua named Topaz Jr. He bites." He grumbles around the Twisted Mansion bitching and complaining.


**Zelda Bunny Lou-Lou**
Queen Of The Kingsize Bed

The youngest surviving member of the Jerry Lee Lewis Chihuahua's at age 14. She, unlike her brother is sweet and kind and only gripes at our coonhound. Zelda is a creative genius!


**Moonlight Jenny**
Marketer, Assistant

Jenny is a redbone coonhound that had some behavior problems. Her parents champions, her mother Moonlight Kate, legendary. But she does not like guns and we don't care. We had this champion spayed. No puppy machine!

## Shop policies
Last updated on Jul 9, 2016
**Shipping**
**Processing time**
The time I need to prepare an order for shipping varies. For details, see individual items.

**Customs and import taxes**
Buyers are responsible for any customs and import taxes that may apply. I'm not responsible for delays due to customs.

**Payment options**
🔒 Secure options

Accepts Etsy gift cards

Etsy keeps your payment information secure. Etsy shops never receive your credit card information.

**Returns & exchanges**
**I gladly accept returns and exchanges**
Just contact me within: 14 days of delivery
Ship items back to me within: 30 days of delivery
**I don't accept cancellations**
But please contact me if you have any problems with your order.

**The following items can't be returned or exchanged**
Because of the nature of these items, unless they arrive damaged or defective, I can't accept returns for:

- Custom or personalized orders
- Perishable products (like food or flowers)
- Digital downloads
- Intimate items (for health/hygiene reasons)

**Conditions of return**
Buyers are responsible for return shipping costs. If the item is not returned in its original condition, the buyer is responsible for any loss in value.

**Privacy policy**
I will only use your shipping and billing address, and contact information
- To communicate with you about your order
- To fulfill your order
- For legal reasons (like paying taxes)

**Turn your passion into a business**
Open a shop
**Sell on Etsy**
Open a shop
Seller Handbook
Etsy credit card reader
Manufacturing
**Join the community**
Teams
Forums
Upcoming events
Affiliates
Etsy Local
**Discover and shop**
Gift cards
Blog
Mobile apps
Gift registries

Wholesale
Search
Editors' Picks
**Get to know us**
About
Policies
Careers
Press
Developers
Investors
**Follow Etsy**
Facebook
Twitter
Pinterest
Instagram

United StatesEnglish (US)$ (USD)

© 2017 Etsy, Inc.   Legal   Privacy   Interest-based ads   Help


REDUCED! Huge Rutile Peridot Himilayan 12.25 Untreated SUPERB!


REDUCED! Uber Rare! Watermelon Tourmaline Cat's Eye Brazil .99ct
$499.00


REDUCED! Mystic Quartz Treated Stone For Jewelry Making Cool Color (3 stones)


REDUCED! Fresh Water Keshi Pearls shaped like Bird's Feet (set of 3) app. 40ct
$26.00

View all 127 items

## Reviews

Average item review (3)


Sherry on Dec 9, 2016

Item was just as described, and communication was great!


RESERVED 1800's Clay Handpainted Marble Excavated at the Oldest Antebellum (pre Civil War) Pottery Company in the South


LANA on Oct 20, 2016

WOW WOW WOW OMG Love love love !! The sellers are so helpful ,so sweet and beautiful people!!!!!!! The stones it is hard to describe the beauty you must them alive . The best opals i have ever seen !!! So so happy and so highly recommended this gorgeous shop !!! You would never ever disappointed !!!


ITEM RESERVED Honeycomb Welo Opal 2.40ct Looks Larger


LANA on Oct 20, 2016

WOW WOW WOW OMG Love love love !! The sellers are so helpful ,so sweet and beautiful people!!!!!!! The stones it is hard to describe the beauty you



GOOGLE price! Fieravino 1920's Art-Deco Vase, Signed Embellished Orig. 2850.00

REDUCED! Museum Grade - Tiffany Stone AAA 30.65ct AAA Rare Intense Saturation ( Bertrandite )



Afican Sculpture Hand Carved Stone From



REDUCED! Paraiba Quartz 4.25ct Great Cut and High Rarity Gem





REDUCED! Peridot Pear Shaped 1.70ct Deep Green Superb Luster

REDUCED! Flawless 27.78ct Bolivian Fine Grade Ametrine Purple to Gold to Pink Ends - Note- The Cut!



Buffalo Hunter Colored Plate Print by George Catlin 1940's



REDUCED by 1000.00 Janis Joplin Iron Butterfly Poster MINT Booker T & MG's at the Fillmore



Price Just Reduced for Xmas. 2.52ct Multi Color Diamond Ring 14k Gold Rhodium Size 7 (sizeable) Yellow Pink White Champagne Cognac Diamonds



Thomas Henry Huxley Lithograph - C. Pellegrini Color Lithograph APE



Just Reduced 300.00! London Blue Topaz and 925 Silver Necklace, Heart Shaped 17.5"



Lamar Dodd Lithograph - Copperhill - 1939 - National Art Society NAS



Prairie Travelers by Edward Millman 1939 Vintage Lithograph for World's Fair



B. Smith Print of Westminster Abbey Vintage



Vintage Picasso Print From France Limited Edition 1952



Claude Monet Print Le Jardin De L'Artiste Printed in France Limited Edition



Reduced From 2190.00 Peridot Ring 4.86 Rare High Himilayan Mined .60ct Diamonds Size 7 Ultra Vivid Green
$1,982.00





The Musicians Framed Decorative Print 1930's to 1950's Free Shipping

Just Reduced! Peridot Ring Oval 5.66ct - .09 Diamonds - size 7 - 14kg THE COLOR! Free Shipping

# Items

Sort: Custom Sort ▼

| | |
|---|---|
| All | 127 |
| Peridot | 1 |
| Loose Stones (Gems) | 65 |
| Antique Vintage Jewelry | 3 |
| Fine China | 1 |
| Unusual Antique Objects | 22 |
| Fine Estate Jewelry | 4 |
| Halloween | 17 |
| Antique and Art Glass | 8 |
| Pottery | 1 |
| Celebrity Items | 1 |

🗎 Request Custom Order

✉ Contact shop owner

11 Sales
30 Admirers
Report this shop to Etsy



Reduced from 10,000.00 Retail. Size 7 Lavender Jadeite Sapphire Diamond 18kwg Ring Ltr. From Christie's

$9,999.99



REDUCED Navajo Silver Turqouise Vintage Pawn Pieces TOP Artist Museum Quality OLD



Sizzling Denim Blue Spinel 7.15ct Top Quality AAA , VVS, Sri Lanka Cushion cut. One of the BEST No Treatment

Peridot Parcel 5.93 tcw VS Nice Cut (12)



Vintage Halloween Black Cat by Leurs Large Size 9" by 12" FREE SHIPPING

Search for items or shops   Sell on Etsy   Register   Sign in    Cart

Clothing & Accessories   Jewelry   Craft Supplies & Tools   Weddings   Entertainment   Home & Living   Kids & Baby   Vintage

